Douglas BALLARD, Plaintiff– Appellant,

v.

Randy BALDRIDGE, City of Casa Grande Fire Marshall; Brad Johnson, City of Casa Grande Building Inspector; Kent Myers, City of Casa Grande Manager; Ron Gibson, City of Casa Grande Fire Inspector; Doug Currie, City of Casa Grande Building Inspector; Bob Mitchell, City of Casa Grande Mayor; Ralph West, City of Casa Grande Councilman; Stephen Cooper; Vernon Hancock; Richard Reid; Rudy Salazar; Merril Forsyth, City of Casa Grande Councilmen, Defendants–Appellees.

No. 99–17369

United States Court of Appeals, Ninth Circuit.

April 17, 2000.

A. Thomas Cole, Cole & O'Neil, Casa Grande, Arizona for the plaintiff-appellant.

Scott A. Salmon, O'Connor, Cavanagh, Anderson, Killingswoth & Beshears, Phoenix, Arizona, Ezra Hendon, Crosby, Heafey, Roach & May, Oakland, California, for the defendants-appellees.

Before: FLETCHER, D.W. NELSON, and BEEZER, Circuit Judges.

### ORDER

We dismiss without prejudice the appeal for lack of jurisdiction because the district court's order vacating the judgment was not a final order. *See* 28 U.S.C. § 1291. A final order is a "decision by the District Court that 'ends the litigation on the merits and leaves nothing for the court to do but execute the judgment.' *Catlin v. United States,* 324 U.S. 229, 233, 65 S.Ct. 631, 89 L.Ed. 911 (1945)." *Coopers & Lybrand v. Livesay,* 437 U.S. 463, 467, 98

S.Ct. 2454, 57 L.Ed.2d 351 (1978). Orders vacating judgments without more under Rule 60(b) are interlocutory orders which are not appealable. *Resnik v. La Paz Guest Ranch,* 289 F.2d 814, 817 (9th Cir. 1961). This is in keeping with the general rule in other circuits that a vacatur of a judgment in response to a Rule 60(b) order is not a final judgment. *See Parks v. Collins,* 761 F.2d 1101, 1103–04 (5th Cir. 1985) ("When an order granting a Rule 60(b) motion, 'merely vacates the judgment and leaves the case pending for further determination the order is akin to an order granting a new trial and is interlocutory and nonappealable.' 7 J. Moore, Moore's Federal Practice ¶ 60.30 (2d ed.1983)"). At such time as a final order is entered in this matter, an appeal may be taken.

DISMISSED without prejudice.